William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY JO WORKMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>          Defendant. | CASE NO.: 2:20-cv-07305=JEM<br><br>[~~PROPOSED~~]<br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FIVE THOUSAND THREE HUNDRED FIFTY-NINE AND SIXTY-TWO CENTS ($5,359.62) and FOUR HUNDRED DOLLARS ($400.00) in costs, subject to the terms of the stipulation.

DATED: July27, 2021

_John E. McDermott_
HON. JOHN E. McDERMOTT
U.S.  MAGISTRATE JUDGE

-1-